UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VICTOR ROLF KLEIN, | * |
| Plaintiff, | * |
| v. | * Civil Action No. 09-10412-JLT |
| BROOKE GIGUERE, et al., | * |
| Defendants. | * |

ORDER

May 3, 2011

TAURO, J.

    This court ACCEPTS and ADOPTS the March 31, 2011 Report and Recommendation [#157] of Magistrate Judge Bowler. For the reasons set forth in the Report and Recommendation, this court hereby orders that Defendants' Motion to Dismiss with Prejudice for Failure to Prosecute [#156] is ALLOWED. For that reason, Defendants' Motion for Summary Judgment [#153] is MOOT. This case is CLOSED.

IT IS SO ORDERED.

                                              /s/ Joseph L. Tauro
                                            United States District Judge